**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV13-00676 JAK (JEMx) | Date | February 22, 2013 |
| Title | JP Morgan Chase Bank, et al. v. Pepita A. Mendez, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER CLOSING CASE AND REMANDING TO THE SUPERIOR COURT OF CALIFORNIA** JS-6

On May 25, 2012, JPMorgan Chase Bank, N.A. ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of Los Angeles, against Pepita A. Mendez ("Defendant"). Compl., Notice of Removal, Exh. A, Dkt. 1. On November 7, 2012, Defendant removed the action to this Court. *See* No. 2:12-cv-09537-JAK-JEM at Dkt. 1. On January 16, 2013, the Court granted Plaintiff's motion to remand the case. *Id.* at Dkt. 14. The Court remanded the action for three reasons: (i) Defendant did not file an opposition to Plaintiff's motion; (ii) Defendant's removal was untimely; and (iii) Defendant had not established the existence of subject matter jurisdiction under 28 U.S.C. §1443(1) and 28 U.S.C. §1332, which were the identified bases for removal. *Id.*

On January 31, 2013, in what appears to have been an act inconsistent with this Court's January 16 Order, Defendant removed the above-titled action to this Court for a second time. Dkt. 1. There was no basis to do so, given this Court's prior ruling on the same issues in the same case.[1] Under these circumstances, the removal was void *ab initio*. Accordingly, because this matter was previously remanded pursuant to this Court's January 16 Order, Dkt. 14, No. 2:12-cv-09537-JAK-JEM, it remains within the jurisdiction of the Superior Court of California, County of Los Angeles, Antelope Valley Courthouse, Case No. 12U01247. The action before this Court shall be closed and the matter shall be remanded to the Superior Court of California.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | ak |

---

[1] Defendant's Notice of Removal seeks to present certain new arguments with respect to the issues raised previously by the Court in response to the prior removal and subsequent remand. This apparent attempt to re-litigate a concluded matter is improper. Moreover, the arguments now presented constitute what is in effect, an improper motion for reconsideration under Local Rule 7-18. Finally, even if these new matters were properly before the Court -- and they are not -- and were considered on the merits, none provides a basis for the Court to exercise jurisdiction.